IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COUNTRYSIDE VILLAS,

    Plaintiff,

v.

SONJI SCARBORO,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-116

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 9.) Defendant Sonji Scarboro did not file any objection to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as its opinion, **REMANDS** this case to the Magistrate Court of Effingham County, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 29th day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Report and Recommendation was also returned as undeliverable, confirming Scarboro's noncompliance with Local Rule 11.1. (Doc. 10.)